UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                    15-24874-JKO

LAWRENCE A. DALRYMPLE, SR.                                Chapter 7


          Debtor.
_____/

## NOTICE OF APPEARANCE BY JAMES B. MILLER, P.A. AS COUNSEL TO CREDITOR, HARVARD FINANCIAL SERVICES, LLC

The law firm of James B. Miller, P.A., hereby enters its limited appearance in this case as counsel for the Creditor, Harvard Financial Services, LLC and requests that copies of all pleadings, filings, and other papers filed with the Court be served upon the undersigned.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice has been served this 6th day of October, 2015, via ECF Service in pdf format upon those named below and attached ecf service list and via U.S. mail to the parties on the attached mailing service list.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted this 6th day of October, 2015.

Counsel to Harvard Financial Services, LLC
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
jbm@title11law.com

_____/S/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164

**ECF List**

- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **Zach B Shelomith**   zshelomith@lslawfirm.net, fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com

- **Kenneth A Welt**
  fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

- **Dahlia A. Williams Paul**   pauldahlia@aol.com