UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    Case No. 15-24874-JKO
                                                          Chapter 7
LAWRENCE A. DALRYMPLE SR.,
        Debtor
_____/

## EX PARTE AGREED MOTION FOR SUBSTITUTION OF COUNSEL FOR DEBTOR

The following hereby atpulate and agree to substitution of ROBERT SANCHEZ, ESQ., as attorney of record for Debtor, LAWRENCE A. DALRYMPLE SR., and the removal of DAHLIA A. WILLIAMS PAUL, ESQ., as counsel for Debtor. There are no attorney fees due to DAHLIA A. WILLIAMS PAUL ESQ.

Dated this 13TH day of November, 2015.

DAHLIA A. WILLIAMS PAUL, ESQ            ROBERT SANCHEZ, ESQ.
P.O Box 821315                          355 W 49TH STREET
Pembroke Pines, Florida 33082           HIALEAH, FL 33012
(954) 438-1323                          (305) 687-8008

By: _____                By: _____
DAHLIA A. WILLIAMS PAUL                 ROBERT SANCHEZ ESQ.
Fla. Bar No. 0167606                    Fla. Bar No. 0442161

_____
LAWRENCE A. DALRYMPLE SR.