UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In Re
Lawrence A. Dalrymple, Sr.            Case No.15-24874-JKO
                                      Chapter 7
         Debtor
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Law Office of ROBERT SANCHEZ & ASSOCIATES P.A., will be appearing for Debtor LAWRENCE A. DALRYMPLE, SR. bankruptcy case. At this time any and all correspondence and pleadings must be submitted to our office from this day forward.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed to: Kenneth Welt, Trustee 1776 N. Pine Island Rd #101 Plantation, Florida 33322 on this 12th day of November 2015.

ROBERT SANCHEZ & ASSOCIATES, P.A.
ATTORNEY FOR DEBTOR
355 W 49th Street
Hialeah FL 33012
(305)687-8008
(305)512-9701

Robert Sanchez, ESQ.
FLORIDA BAR No: 0442161