UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:

**Lawrence A. Dalrymple, Sr,**     Case No: **15-24874-JKO**
                                   Chapter 7

_____Debtor_____/

## MOTION TO CONVERT CHAPTER 7 BANKRUPTCY CASE TO CHAPTER 13

### NEGATIVE NOTICE 21 DAYS

Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.

**COMES NOW**, the Debtor, **Lawrence A. Dalrymple Sr**, by and through his undersigned counsel and files this Motion to Convert Chapter 7 Bankruptcy Case to Chapter 13 and for the reasons as set forth below:

1. The debtor filed for chapter 7 bankruptcy protection on August 18, 2015.

2. The debtor desires to convert his case to a Chapter 13 bankruptcy to make good faith payments to his creditors and to save his homestead.

**WHEREFORE**, the Debtor prays this Honorable Court enter an Order Granting the Chapter 7 Bankruptcy Case to Covert to a Chapter 13 for the purpose of permitting the filing of a Chapter 13 Petition.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Kenneth A. Welt, Trustee 1776 N. Pine Island Rd #101 Plantation, Florida 33322 and U.S. Mail this 16th day of November, 2015: to all parties on the service list.

Respectfully Submitted;

ROBERT SANCHEZ AND ASSOCIATES
355 WEST 49TH STREET
HIALEAH, FLORIDA 33012
(305) 687-8008
Court@BankruptcyClinic.com

**/s/** *Robert Sanchez*_____
ROBERT SANCHEZ ESQ.
Florida Bar No.0442161