UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                               Case No. 15-24874-BKC-JKO

LAWRENCE A. DALRYMPLE, SR.,                    Chapter 7

    Debtor.
_____/

**TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE
COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

Chapter 7 Trustee, Kenneth A. Welt (the "Trustee"), by undersigned counsel, pursuant to Fed. R. Bankr. P. 4004, requests the Court enter an order extending the Trustee's deadline within which to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including January 26, 2016, and states:

1.    This case was commenced by the filing of a voluntary Chapter 7 petition on August 18, 2015 by Lawrence A. Dalrymple, Sr. (the "Debtor").

2.    The Trustee, through undersigned counsel, is in the process of investigating several issues in this case, including whether any grounds exist to object to the Debtor's discharge, pursuant to 11 U.S.C. § 727.

3.    In furtherance of the Trustee's investigation, undersigned counsel requested that the Debtor provide the Trustee with numerous documents and records. Although the Debtor has provided the Trustee with some of the requested documents and records, he has not provided all of the requested documents and records. In addition, after reviewing the documents and records that the Debtor did provide, on November 14, 2015, undersigned counsel asked for additional documents and records.

4.    To date, the Debtor has not provided the additional documents and records to the Trustee.

5.    In the meantime, however, the Debtor filed a Motion to Convert Chapter 7 Bankruptcy Case to Chapter 13 [ECF No. 44] (the "Motion to Convert"). Contemporaneously

---

herewith, the Trustee is filing a response in opposition to the Motion to Convert.

6. It would be premature for the Debtor to be granted a discharge until such time as the Motion to Convert is fully adjudicated and until such time as the Debtor provides the Trustee with the requested documents and records.

7. The current deadline within which to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 is November 27, 2015.

8. Accordingly, the Trustee requests an extension of time to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including January 26, 2016.

WHEREFORE, the Trustee respectfully requests the Court enter an order extending the deadline within which to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including January 26, 2016, and for such other and further relief as the Court deems just and proper.

Dated: November 19, 2015.

LEIDERMAN SHELOMITH, P.A.
Attorneys for Kenneth A. Welt
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zshelomith@lslawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was served on November 19, 2015 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Lawrence A. Dalrymple, Sr., 12046 NW 49 Dr, Coral Springs, FL 33076.

By:_____/s/_____
Zach B. Shelomith

_____

Leiderman Shelomith, P.A., Attorneys at Law
2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312 · Tel. (954) 920-5355 · Fax (954) 920-5371