UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

In re:

Lawrence A. Dalrymple, Sr.

　　　　　　　　　Debtor.

Case No: 15-24874-JKO

Chapter 7

## NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM* OF DEBTOR

NOTICE IS HEREBY GIVEN that Harvard Financial Services, LLC (Creditors

herein), by and through the undersigned attorney, will be conducting an examination of:

NAME:　　　Lawrence A. Dalrymple, Sr.

PLACE:　　　James B. Miller, P.A
　　　　　　　19 west Flagler Street
　　　　　　　Ste. 416
　　　　　　　Miami, FL 33130

DATE:　　　　January 26th, 2016, at 2:00 p.m.

This examination may continue from day to day until completed.  If the examinee

receives this Notice less than seven (7) days prior to the scheduled examination (or less

than 10 days if the examination is taking place outside of Florida), the examination will

be rescheduled upon timely request to a mutually agreeable time.  The examination is

pursuant to FRBP 2004, and will be taken before an officer authorized to record the

testimony. The scope of the examination shall be as described in FBRP 2004.

The Examinee is further requested to bring to the examination, all of the

documents requested on the attached exhibit "A".

## CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

1

Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished by United States mail and/or via email in pdf format this 20th day of November, 2015 upon:  those named on the attached Service List in the manner identified therein.

*__Served also, Via Cm/ECF Notification, upon:__*

- **James B Miller**    bkcmiami@gmail.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **Zach B Shelomith**    zshelomith@lslawfirm.net, fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com

- **Kenneth A Welt** fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

- **Dahlia A. Williams Paul**    pauldahlia@aol.com


Dated:  November 20th, 2015.

Respectfully submitted,

James B. Miller, Esq.
Creditor's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
Email: jbm@title11law.com


_____/s/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164

2

**EXHIBIT "A"**

**INSTRUCTIONS AND DEFINITIONS**

A.      the term **"Representative"** shall mean any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of the persons in question (the "Debtor" in this bankruptcy proceeding)

B.      The term **"Person(s)"** shall mean the plural as well as the singular and shall include any natural person, corporation, partnership, joint venture, association, government agency, and every other form of entity cognizable at law.

C.      The terms **"You"** and **"Your"** refer to the Debtor, jointly and individually as the case may apply to bring into the gambit the maximum amount of information and/or documents requested).

D.      The term **"Document"** shall mean the original and any copy whether different from the original by reason of any notation made on such copies or otherwise, regardless of the origin or location, of any written, recorded, transcribed, punched, taped, films or graphic matter, however produced or reproduced, including, but not limited to, any correspondence, notes, logs, journals, reports, letter, memoranda, notes, diaries, statistics, minutes, contracts, studies, checks, statements, receipts, returns, summaries, pamphlets, prospectuses, interoffice and intraoffice telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telecopies, telefax, invoices, worksheets (and all drafts, alterations, modifications or changes to any of the foregoing); graphic and oral record or representations of any kind, including without limitation, photographs, charts, graphs, diagrams, illustrations, drawings, microfiche, microfilm, video tape recordings, motion pictures, electronic, mechanical or electrical records or representations of any kind, including without limitation, tapes, cassettes, discs and recordings.

E.      The term **"All Documents"** shall mean any document as above defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

F.      The term **"Communication"** shall mean any oral or written utterance, notation or statement of any nature whatsoever, by and to whosoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, conferences, meetings, consultations, agreements and the understandings between or among two or more people.

G.      The terms **"Identification," "Identify,"** and/or **"Identity,"** when used is reference to (a) a natural individual, require you to state his or her full name and residential and business addresses: (b) a corporation, require you to state its full corporate name and any names under which it does business, its state of incorporation, the address of its principal place of businesses, and the addresses of all of its offices in the State of Florida; (c) a business, require you to state the full name or style under which the business is conducted, its business address or addresses, the types of businesses in which it is engaged, the geographic areas in which it conducts those business, and the identity of the person or persons who own, operate, and control the business; (d) a document, require you to state the number of pages and the nature of the document (e.g., letter or memorandum), its title, its date, the name or names of its authors and recipients, and its present location and custodian; (e) a communication,

3

require you, if any part of the communication was written, to identify the document or documents which refer to or evidence the communication, and, to the extent that the communication was non-written, to identify the persons participating in the communication and to state the date, manner, place and substance of the communication.

H.      The term **"Describe in Detail"** shall mean to recite the information in your possession for each separate and distinct act, instance, occurrence, or communication, including the date, location and identity of each and every person present or involved, and the identity of each and every communication and each and every document which related to the act, instance, occurrence or communication.

I.      The term **"Referring to"** or **"Relating to"** means in any way directly or indirectly, concerning, referring to, disclosing, describing, confirming, supporting, evidencing or representing.

J.      The term **"And"** and **"Or"**, as used herein, are both conjunctive and disjunctive.

K.      All singular words include the plural, and all plural words include the singular.

L.      All works in the present tense include the past, and all works in the past tense include the present.

M.      Each paragraph herein shall be construed independently and not by reference to any other paragraph for the purpose of limitation.

N.      You are required to produce all documents requested by the request for production which are in your custody or subject to your control, and to use reasonable diligence to locate and produce such documents.  If any documents cannot be located or no longer exists, you are requested to provide an explanation and to identify the last known location and custodian of the document.  If you contend that you are entitled to withhold from review any or all documents identified herein on the basis of any privilege, then do the following with respect to each and every document so withheld: (a) describe the nature of the document (e.g., letter or memorandum); (b) state the date of the document; (c) identify the persons who sent and received the original and a copy of the document; (d) state the subject matter of the document; and (e) state the basis upon which you contend you are entitled to withhold the document from production.

O.      Unless otherwise instructed, the **relevant time period** for all responsive documents shall be two year prior to and through the date of filing the bankruptcy petition to the present.

## <u>REQUEST</u>

1.Front and back copies of any and all driver's licenses issued to you by the State of Florida or any other State.

2.Any and all documents evidencing any form of support provided to Debtor for the past five years and documents evidencing support by Debtor to others in the past five years.

3.Copies of all of Debtor's utility bills, insurance bills (Life, home, health and

auto); cellular phone bill for the past year

4. Any and all documents evidencing income for the past five years through date of production.

5. All tax returns (with all attachments and supporting documents) for the past five year.

6. Any and all personal and/or jointly bank statements and cancelled checks for the past one year.

7. Any and all documents evidencing any and all liens, mortgages and claims against the residence of the Debtor within past five years.

8. Any and all documents reflecting/evidencing any and all legal fees paid by or for the benefit if the Debtor in the past five years.

9. All documents evidencing or reflecting retainers execute by or on behalf of the Debtor in the past five years for legal representation.

10. All documents evidencing the disposition of any and all proceeds of any and all mortgages, home equity line of credit and/or similar loans against the Debtor's residence within the past ten (10) years.

11. Any and all closing files, hud-1 settlement statements and the like relating to any and all financing applied for or obtained by the Debtor, jointly or singularly, within the past ten (10) years;

12. All Loan applications, whether or not approved or funded, on behalf of the Debtor, jointly or severally, for the time period commencing January, 2006 forward.

13. Any and all credit card statements from all credit card debt owed by you or utilized by you at any time during the past five (5) years.

14. Name and address of your current employer, including your title/occupation, four (4) most recent paystubs and dates of employment.

### DESTROYED DOCUMENTS

If any document responsive to this Request was at one time in existence, but has been lost or destroyed, a list should be provided of the document(s) so lost or destroyed stating the following information for each such document: (a) the type of document; (b) the date on which it ceased to exist; (c) the circumstances of its loss or destruction, (d) the identity of all persons having knowledge of the reasons for its loss or destruction, and (e) the identity of all persons having knowledge of its contents.