UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                    Case No. 15-24874-BKC-JKO

LAWRENCE A. DALRYMPLE, SR.,              Chapter 7

     Debtor.
_____/

### CROSS-NOTICE OF TAKING RULE 2004 EXAMINATION *DUCES TECUM*

Kenneth A. Welt, Chapter 7 Trustee, by the undersigned attorney, will examine **LAWRENCE A. DALRYMPLE, SR.** under oath on **January 26, 2016 at 2:00 p.m.** at **James B. Miller, P.A., 19 West Flagler Street, Suite 416, Miami, Florida 33130.** The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time, without the necessity of the filing of an objection.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

**The examinee is further requested to produce all documents on the attached Schedule "A" on or before <u>January 19, 2016,</u> to Leiderman Shelomith, P.A., 2699 Stirling Road, Suite C401, Ft. Lauderdale, Florida 33312.** Failure to timely produce all of the documents on the attached Schedule "A" within the specified time may result in the continuance of the examination. If this is an examination of the Debtor and the individual being examined requires the services of a Certified Court Interpreter, the Debtor is responsible for arranging and paying for the services of a Certified Court Interpreter.

_____
Leiderman Shelomith, P.A., Attorneys at Law
2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312 · Tel. (954) 920-5355 · Fax (954) 920-5371

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served on November 21, 2015 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Lawrence A. Dalrymple, Sr., 12046 NW 49 Dr, Coral Springs, FL 33076.

                                                LEIDERMAN SHELOMITH, P.A.
                                                Attorneys for Kenneth A. Welt
                                                2699 Stirling Road, Suite C401
                                                Ft. Lauderdale, Florida 33312
                                                Telephone: (954) 920-5355
                                                Facsimile: (954) 920-5371

                                       By:_____/s/_____
                                                ZACH B. SHELOMITH
                                                Florida Bar No. 0122548
                                                zshelomith@lslawfirm.net

# SCHEDULE "A"

## GENERAL INSTRUCTIONS AND DEFINITIONS

1. All documents requested to be produced shall be made available for inspection and copying at the offices of undersigned counsel on or before the date indicated on the notice, as set forth above. This is a continuing request and you are under a duty to seasonably produce additional documents or answers responsive to any request upon later discovering information or acquiring documents not originally produced. If you know that the response, though correct when made, is no longer true, then the failure to amend the response is in substance a knowing concealment.

2. **As used herein the terms "you", "your", or "yourself" refer to the Debtor herein**. Those terms further specifically include all employees, agents, representatives, or any other person acting or purporting to act on the Debtor's behalf either at the time of the events in question or at the present, unless the context of the request makes it clear that only the Debtor is connoted.

3. As used herein the terms "person(s)", "individual(s)", and "entity(ies)" mean any natural individual in any capacity whatsoever or any body or organization, including divisions, departments, and other units thereof, and shall include, but not be limited to, a public or private corporation, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

4. As used herein the term "describe" means to specify completely and accurately the subject matter upon which inquiry is made using factual statements.

5. As used herein the term "document" means any medium upon which intelligence or information can be recorded or retrieved, and includes, without limitation, the original and each copy, regardless of origin and location, of any book, pamphlet, periodical, letter, memorandum [including any memorandum or report of a meeting or conversation], invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, telegram, cable, report, record, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graph, index, list, tape, photograph, microfilm, data sheet or data processing card, CD-ROM, disk, diskette, or any other written, recorded, transcribed, punched, taped, filmed, computerized, or graphic matter, however produced or reproduced, which is in your possession, custody, or control or which was, but is no longer, in your possession, custody, or control.

6. As used herein the term "communication" means any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between or among two or more persons.

7. Any or all documents or communications identified herein that are no longer in your possession, custody, or control because of destruction, loss, or any other reason, should be identified as follows:
    a. Describe the nature of the document or communication [e.g., whether it is/was a

      letter, memorandum, etc.];
  b. State the date of the document or communication;
  c. Identify the persons who sent and received, respectively, the original and each copy of the document or communication;
  d. State in as much detail as possible the contents of the document or communication; and
  e. State the manner and date of disposition of the document or communication.

8. If you contend that you are entitled to withhold from production any or all documents or communications identified herein on the basis of the attorney-client privilege, the work product doctrine, or any other ground, identify the document(s) or communication(s) as follows:
  a. Describe the nature of the document [e.g., whether it is/was a letter, memorandum, etc.];
  b. State the date of the document;
  c. Identify the persons who sent and received the original and each copy of the document;
  d. State the subject matter of the document; and
  e. State the basis upon which you contend you are entitled to withhold the document from production.

9. As used herein, the word "or" appearing in a request should not be read so as to eliminate any part of the request, but, whenever applicable, it should have the same meaning as the word "and."

10. **If you do not have any documents responsive to a particular request, please indicate that.**

## DOCUMENTS REQUESTED

1. Please provide copies of any and all documents responsive to the document request set forth in the Notice of Rule 2004 Examination *Duces Tecum* of Debtor [ECF No. 55], filed by Harvard Financial Services, LLC.