

ORDERED in the Southern District of Florida on November 20, 2015.

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                             15-24874-JKO

LAWRENCE A. DALRYMPLE, SR.                    Chapter 7

     Debtor.
_____/

**ORDER GRANTING:**
**SECURED CREDITOR'S VERIFIED MOTION FOR STAY RELIEF**

This matter came on before the Court on November 17th, 2015 at 10:00 a.m., on notice to the Debtor, all creditors and interested parties, for hearing on the Secured Creditor's, (Harvard Financial Services, LLC's), *Verified Motion For Stay Relief* [DE#37] (the "*Motion*"), as to the real property located at 12046 NW 49 Drive, Coral Springs, FL 33076 (the "Subject Real Property"), and the Court, being familiar with the record, noting consent by the Chapter 7 Trustee, heard argument of counsel, finding good cause shown, and being otherwise duly-advised in the premises, does

**ORDER** and **ADJUDGE** that:

1. The *Motion* [DE#37] is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the United States Code is terminated, on an *en rem* basis, as to Movant's, Harvard Financial Services, LLC's., rights, claims and interests in the Subject Real Property, the legal description for which is:

   **Lot 70, Block A, Wyndham Lakes Central, According to the Map or Plat thereof, as recorded in Plat Book 159, Page 46, of the Public Records of Broward County, Florida.**

   **The mailing address for same is: 10246 NW 49 Drive, Coral Springs, FL 33076.**

3. Harvard Financial Services, LLC has complete *en rem* stay relief to take any and all steps it deems necessary to exercise any and all rights, claims and interests it may have in and to the Subject Real Property without necessity of further order of this Court.

###

Submitted By:
James B. Miller, Esq.

Copies to (*via* CM/ECF):
-James B Miller, Esq on behalf of Creditor James B Harvard Financial Services, LLC  bkcmiami@gmail.com
-Office of the US Trustee  USTPRegion21.MM.ECF@usdoj.gov
-Robert Sanchez, Esq on behalf of Debtor Lawrence A. Dalrymple, Sr. court@bankruptcyclinic.com, courtECFmail@gmail.com
-Zach B Shelomith on behalf of Trustee Kenneth A Welt
zshelomith@lslawfirm.net, fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com
-Kenneth A Welt fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz
-Dahlia A. Williams Paul, Esq. on behalf of Debtor Lawrence A. Dalrymple, Sr.  pauldahlia@aol.com

(Attorney **Miller** shall file a certificate of service as to this Order)