

ORDERED in the Southern District of Florida on November 20, 2015.

John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

**LAWRENCE A. DALRYMPLE SR.,**

Case No. 15-24874-JKO
Chapter 7

Debtor
_____/

### AGREED ORDER SUBTITUTING COUNSEL FOR DEBTOR

THIS CAUSE having come upon this Court Ex-Parte upon the Stipulation for Substitution of Counsel for Debtor and the parties having agreed and the Court being fully advised in the premises it is thereupon:

ORDERED AND ADJUDGED:

1. That **Robert Sanchez** be and the same is hereby substituted as counsel of record for Debtor, **Lawrence A. Dalrymple, Sr.** and further that **Dahlia A. Williams Ramsaran, Esq. Law Offices of Dahlia A. Williams Ramsaran, Inc.** be and the same is withdrawn as counsel of record for Debtors herein and relieved of further responsibility in connection herewith.

2. There are no attorney fees due to **Dahlia A. Williams Ramsaran Esq.**

# # #

This Order prepared by:
Robert Sanchez Esq.
355 W 49th Street
Hialeah, Florida 33012

*Attorney Robert Sanchez is hereby directed to serve a copy of this order upon all interested parties.