UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

In re:

Lawrence A. Dalrymple, Sr.

Debtor.

Case No: 15-24874-JKO

Chapter 7

**CREDITOR'S JOINDER IN
TRUSTEE'S OPPOSITON TO DEBTOR'S MOTION TO CONVERT**

Comes now, Harvard Financial Services, LLC (collectively "Creditor"), by and through undersigned counsel, and file this instant *Creditor's Joinder In Trustee's Opposition To Debtor's Motion To Convert*, and state the following in support thereof:

1. Debtor filed a voluntary petition ("Petition") in Bankruptcy under Chapter 7 of Title 11 of the United States Code on August 18th, 2015 ("Petition Date").

2. The Creditor, through undersigned counsel, has been attempting to coordinate the Rule 2004 Examination of the Debtor for their own investigation – though they have also been closely monitoring the Case as to the Trustee's efforts in this matter.

3. However, any Rule 2004 Examination of the Debtor by the instant Creditors will take place after the current (January 26th, 2016); and, the Creditor has filed and served a motion to extend time to object to discharge and/or dischargeability (see DE#56).

4. Debtor's Rule 2004 Examination is currently set for January 26th, 2016 (see DE#55), and has also been cross-noticed by the Trustee (see DE#57).

5. The Debtor has yet to be fully examined in this matter and has not been forthcoming in regards to production to the Trustee (see DE#48 – Trustee's opposition to conversion motion).

6.  At first blush however, the Debtor does not appear to have the means to fund a plan under Chapter 13; and, more importantly, would also be a bad faith gesture by the Debtor, who has not paid multiple mortgages on the real property he purportedly claims as his homestead (which is subject to the instant Creditor's lien rights and foreclosure sale) for numerous years – some dating back to the year 2009.

7.  The reality is the debt involved in the instant Creditor's claim would be also non-dischargeable given the fraud perpetrated by the Debtor in obtaining and using the loan proceeds from the instant Creditor's predecessor.

WHEREFORE, Creditor respectfully requests the entry of an Order denying all relief to the Debtor in regards to his conversion motion (DE#44), and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:  November 23rd, 2015.

By: /s/ James B. Miller
James B. Miller, Esq.
James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130
Phone:  (305) 374-0200
Fax:  (305) 374-0250
jbmiller@title11law.com
Florida Bar No. 0009164
Counsel for Harvard Financial Services, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF notification as indicated below on this 23rd day of November, 2015 as set forth below:

/s/James B. Miller_____

*Via Cm/ECF Notification*

- **James B Miller**    bkcmiami@gmail.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Zach B Shelomith**    zshelomith@lslawfirm.net, fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com
- **Kenneth A Welt**    fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz
- **Dahlia A. Williams Paul**    pauldahlia@aol.com