

**ORDERED in the Southern District of Florida on December 13, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          15-24874-JKO

LAWRENCE A. DALRYMPLE, SR.                    Chapter 7

    Debtor.
_____/

### ORDER DENYING:
### EMERGENCY MOTION TO RECONSIDER THE ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter came on before the Court on December 9th, 2015 at 9:30 a.m., for hearing on the Debtor's, Lawrence A. Dalrymple, Sr.'s, *Emergency Motion To Reconsider The Order Granting Motion For Relief From Stay* (the "*Rehearing Motion*") [DE#67] and the *Secured Creditor's Response And Objection To Rehearing Motion* (the "*Objection*") [DE#70] filed by Harvard Financial Services, LLC ("HFS" or "Secured

Creditor"), and the Court, being familiar with the record, heard argument of respective counsels for the Debtor and the Secured Creditor, noting no position by the Chapter 7 Trustee, and being otherwise duly-advised in the premises, does hereby

ORDER and ADJUDGE that:

1. The *Rehearing Motion* [DE#67] is DENIED.

2. The Court's *Order Granting: Secured Creditor's Verified Motion For Stay Relief* [DE#58] is a final order for all purposes.

###

Submitted By:
James B. Miller, Esq.

Copies to (*via* CM/ECF):
James B Miller, Esq on behalf of Creditor James B Harvard Financial Services, LLC  bkcmiami@gmail.com

Office of the US Trustee  USTPRegion21.MM.ECF@usdoj.gov

Robert Sanchez, Esq on behalf of Debtor Lawrence A. Dalrymple, Sr.
court@bankruptcyclinic.com, courtECFmail@gmail.com

Zach B Shelomith on behalf of Trustee Kenneth A Welt
zshelomith@lslawfirm.net, fplechacdiaz@lslawfirm.net;zshelomith@ecf.inforuptcy.com

Kenneth A Welt  fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trusteesolutions.net;court@trusteeservices.biz


(Attorney **Miller** shall file a certificate of service as to this Order)