

**ORDERED in the Southern District of Florida on December 14, 2015.**

*/s/ John K. Olson*
**John K. Olson, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
    Lawrence A. Dalrymple, Sr.               Case No. 15-24874-JKO
         Debtor.                                     Chapter 7
_____/

### ORDER WITHDRAWING MOTION TO CONVERT CASE TO CHAPTER 13

**THIS MATTER** having come to be heard on this 9th day of December, 2015 upon hearing on Debtor's Counsel's Motion to Convert Case to Chapter 13 [ECF#44], IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Motion to Convert Case to Chapter 13 is WITHDRAWN.
2. The Withdrawal of the Motion to Convert Case to Chapter 13 shall be without prejudice.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.